FILED

11/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0397

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 21-0397

Edward J. Guza
Lance F. Carl
Attorneys for Appellant
E.J. GUZA & ASSOCIATES
25 Apex Drive, Suite A
Bozeman, MT 59718
(406) 586-2228
eguza@ejguzalaw.com
lcarl@ejguzalaw.com

| | |
|---|---|
| TAMARA A. DOWNING,<br><br>          Appellant,<br>   and<br><br>JOHN H. DOWNING,<br><br>          Appellee. | **ORDER DISMISSING APPEAL** |

Having considered the Appellant's Unopposed Motion to Voluntarily Dismiss Appeal and good cause being found, the Court HEREBY ORDERS: that the above captioned appeal is dismissed with prejudice each side to bear their own costs and attorneys' fees.

ORDERED this ___ day of _____ 2021.

cc: Katharine Donnelly

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 16 2021